Decided September 12, 2005

STATE OF CONNECTICUT *v.* MICHAEL J. BUNKER

The defendant's petition for certification for appeal from the Appellate Court, 89 Conn. App. 605 (AC 23961), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the trial judge did not abuse her discretion in not recusing herself pursuant to Practice Book §§ 1-22 (a) and 1-23, and canon 3 (c) of the Code of Judicial Conduct?"

The Supreme Court docket number is SC 17491.

*Kirstin B. Coffin*, special public defender, in support of the petition.

*Mitchell S. Brody*, senior assistant state's attorney, in opposition.

Decided September 12, 2005